UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 21-21983-CIV-MARTINEZ-BECERRA

APT ADVANCED POLYMER
TECHNOLOGY CORPORATION, and
SYNTHETIC TURF RESOURCES
CORPORATION,

      Plaintiffs,

vs.

ALP TURF INC. doing business as SYN
LAWNS OF SOUTH FLORIDA, and
ALEJANDRO PRIETO.

      Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION & FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS MATTER** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Plaintiffs APT Advanced Polymer Technology and Synthetic Turf Resources Corporation's Renewed Motion for Default Judgment as to Defendants ALP Turf Inc., doing business as SYN Lawns of South Florida, and Alejandro Prieto. (ECF No. 20). Judge Becerra filed an R&R recommending that the Motion for Final Default Judgment be denied and that this case be dismissed without prejudice. (*Id.* at 8). The Court has reviewed the entire file and record, and notes that no objections have been filed.

Accordingly, after careful consideration, it is hereby **ADJUDGED** that Judge Becerra's R&R, (ECF No. 20), is **AFFIRMED** and **ADOPTED**. Further, it is:

**ADJUDGED** that Plaintiffs' Renewed Motion for Default Judgment, (ECF No. 18), is **DENIED**, as set forth in the R&R, and this case is **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Miami, Florida, this ___ day of September, 2022.

                                                _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to: Magistrate Judge Becerra & All Counsel of Record